AO 245H (WDNC Rev. 4/04) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet1

FILED
ASHEVILLE, N.C.
DEC 9 2015
U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

JONATHAN L. BILLER

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:15-po-4

Miranda Mills
Defendant's Attorney

## THE DEFENDANT:

- ☒ pleaded guilty to count(s) 1
- ☐ pleaded guilty to violation(s) Enter Counts
- ☐ pleaded not guilty to count(s) Enter Counts
- ☐ pleaded not guilty to violation(s) Enter Counts

| /Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 4.23(b) | Drunken Driving | 5/10/2015 | 1 |

- ☐ Counts(s) Enter Counts (is)(are) dismissed on the motion of the United States.
- ☒ Violation Notice(s) WC15 4192979, 4192980, 4192981, 4192982, 4192983 are dismissed on the motion of the United States.
- ☐ Found not guilty as to: Enter Counts

## IMPOSITION OF SENTENCE:

That the defendant pay a fine in the amount of $600.00 plus $10 assessment and $25 processing fee. All monies due by 2/17/2016. Defendant is not response for court-appointed counsel fees.
This federal DWI offense is equivalent to a Level 5 DWI offense under North Carolina Law.

Date of Imposition of Sentence: 12/9/2015

Title of Signing Officer
United States District Court

## RETURN

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal